UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JEFREN MORENO-GODOY,<br><br>Defendant. | CASE NO. 2:26-cr-00202-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on Defendant Jefren Moreno-Godoy's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 23. The Government does not oppose this request. *Id.* at 1.

On October 21, 2026, Mr. Moreno-Godoy was indicted on one count of Reentry of Removed Alien, in violation of 8 U.S.C. §§ 1326(a), (b)(1). Dkt. No. 16. At his arraignment on October 29, 2026, he pleaded not guilty to the charge and was remanded to custody. Dkt. No. 22. The Court scheduled trial for December 21, 2026, with pretrial motions due by November 19, 2026. *Id.*

Mr. Moreno-Godoy seeks a continuance of the trial date to February 8, 2027, with a pretrial motions deadline "consistent with the new trial date." Dkt. No. 23 at 1–2. His counsel "requests

additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Moreno-Godoy." *Id.* at 1. In addition, Mr. Moreno-Godoy has "a pending Felony charge in Skagit County Superior Court, and additional time is needed to meet and confer with local counsel on that matter." *Id.* at 1–2. Mr. Moreno-Godoy has signed a waiver of speedy trial through March 31, 2027. Dkt. No. 24.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Moreno-Godoy in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Moreno-Godoy's counsel the reasonable time necessary to obtain and review discovery, to investigate the matter, to gather evidence material to the defense, and to prepare for trial, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court further finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to February 8, 2027. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Moreno-Godoy's trial must commence under the Speedy Trial Act. Pretrial motions, including but not limited to motions in limine, are due by December 28, 2027.

Dated this 23rd day of November, 2026.

Lauren King
United States District Judge